**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| JANE DOE 1, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00275 |

## <u>JOINT MOTION TO STAY PROCEEDINGS</u>

Plaintiffs Jane Does 1-6 and Defendants University of Maryland Medical System Corporation and University of Maryland Medical Center, LLC, by and through their undersigned counsel, jointly move the Court for an order staying these proceedings for an initial period of six months to give the parties time to further investigate the underlying facts and allegations, and to provide additional time to allow a parallel criminal investigation to proceed. The reasons for this Motion are set forth more fully in the accompanying Memorandum of Law. A Proposed Order is attached as **Exhibit A**.

Dated: February 23, 2026

Respectfully submitted,

*/s/ Hannah Levin*
Hannah Levin (Bar No. 19487)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
hannah.levin@morganlewis.com

James P. Ulwick (Bar No. 00536)
Ezra S. Gollogly (Bar No. 28088)
**KRAMON & GRAHAM, P.A.**
750 E. Pratt Street, Suite 1100
Baltimore, MD 21202
P: 410-752-6030

1

F: 410-539-1269
julwick@kg-law.com
egollogly@kg-law.com

Ezra D. Church (*pro hac vice*)
Terese Schireson (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
ezra.church@morganlewis.com
terese.schireson@morganlewis.com

*Counsel for Defendants University of Maryland Medical System Corporation and University of Maryland Medical Center, LLC*

2

/s/ Steven J. Kelly
Steven J. Kelly (Bar No. 27386)
**GRANT & EISENHOFER P.A.**
3600 Clipper Mill Road, Suite 1240
Baltimore, MD 21211
Telephone: 443-791-1886
Facsimile: 302-622-7001
skelly@gelaw.com

M. Elizabeth Graham (*pro hac vice*)
Caley DeGroote (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
123 S. Justison Street
Wilmington, DE 19801
Telephone: 443-791-1886
Facsimile: 302-622-7001
egraham@gelaw.com
cdegroote@gelaw.com

*Counsel for Plaintiffs Jane Does 1-6*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I caused a copy of the foregoing document to be served upon all counsel of record.

*/s/ Hannah Levin*
Hannah Levin

14