**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JANE DOE 1, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00275 |

## ORDER

**AND NOW**, this ___23rd___ day of _____February_____, 2026, upon consideration of Plaintiffs Jane Does 1-6 and Defendants University of Maryland Medical System Corporation and University of Maryland Medical Center, LLC's Joint Motion to Stay Proceedings, including (a) Defendants' deadline to respond to the Amended Complaint; and (b) Defendant' deadline to respond to Plaintiffs' Motion for Remand, and any response thereto, it is hereby **ORDERED** that the Joint Motion to Stay Proceedings is **GRANTED**. It is **FURTHER ORDERED** that the proceedings in this matter are temporarily stayed for an initial period of six months, and the parties will submit a joint status report prior to the expiration of this stay.

**IT IS SO ORDERED.**

BY THE COURT:

_____/S/_____
Hon. Matthew J. Maddox
United States District Judge