**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JANE DOE 1, *et al.*, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, *et al.*,<br><br>Defendants. | Case No. 26-CV-00275-MJM |

# JOINT STATUS REPORT

The Parties, having conferred, submit this Joint Status Report in response to this Court's August 26, 2026 Order (ECF 20). The Parties state as follows:

1. UMMS does not oppose Plaintiff's Motion for Remand (ECF No. 15).
2. Accordingly, the Parties respectfully request that the Court grant Plaintiffs' Motion for Remand and have attached a proposed order granting the same.

Dated: October 9, 2026

*/s/ Hannah Levin*
Hannah Levin (Bar No. 19487)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
hannah.levin@morganlewis.com

James P. Ulwick (Bar No. 00536)
Ezra S. Gollogly (Bar No. 28088)
**KRAMON & GRAHAM, P.A.**
750 E. Pratt Street, Suite 1100
Baltimore, MD 21202
P: 410-752-6030
F: 410-539-1269
julwick@kg-law.com
egollogly@kg-law.com

Ezra D. Church (*pro hac vice*)
Terese Schireson (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
ezra.church@morganlewis.com
terese.schireson@morganlewis.com

*Counsel for Defendants University of Maryland Medical System Corporation and University of Maryland Medical Center, LLC*

*/s/ Steven J. Kelly*
Steven J. Kelly (Bar No. 27386)
**GRANT & EISENHOFER P.A.**
3600 Clipper Mill Road, Suite 1240
Baltimore, MD 21211
Telephone: 443-791-1886
Facsimile: 302-622-7001
skelly@gelaw.com

M. Elizabeth Graham (*pro hac vice*)
Caley DeGroote (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
123 S. Justison Street
Wilmington, DE 19801
Telephone: 443-791-1886
Facsimile: 302-622-7001
egraham@gelaw.com
cdegroote@gelaw.com

*Counsel for Plaintiffs Jane Does 1-6*

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JANE DOE 1, *et al.*, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, *et al.*,<br><br>Defendants. | Case No. 26-CV-00275-MJM |

**[PROPOSED] ORDER**

In consideration of the parties' Joint Status Report (ECF No. 21) and the joint request that the Court grant Plaintiffs' Motion for Remand (ECF No. 15), it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Plaintiffs' Motion for Remand (ECF No. 15) is hereby GRANTED;
2. This case is hereby REMANDED for further proceedings to the Circuit Court for Baltimore City, State of Maryland;
3. This case is CLOSED without prejudice.

It is so ORDERED this ____ day of October, 2026.

____________________________
Matthew J. Maddox
United States District Judge